IN THE UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT OF NORTH CAROLINA
1:23-cv-00402-UA-JLW

| | |
|---|---|
| HENG QIN DING SHENG ZHI RONG EQUITY INVESTMENT FUND, LTD. and HENG QIN DING SHENG ZHI LIAN EQUITY INVESTMENT FUND, LTD., individually and derivatively on behalf of nominal party CORNERSTONE THERAPEUTICS (SHANGHAI) LTD., *Plaintiffs*, v. FENGQIAO LI, XIUZHI LU, and MICHAEL VITEK, *Defendants*, and CORNERSTONE THERAPEUTICS (SHANGHAI) LTD., *Nominal Defendant*. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Heng Qin Ding Sheng Zhi Rong Equity Investment Fund, Ltd. and Heng Qin Ding Sheng Zhi Lian Equity Investment Fund, Ltd. ("Plaintiffs"), prior to service of an answer or motion for summary judgment by Defendants Fengqiao Li, Xiuzhi Lu, Michael Vitek, and/or Cornerstone Therapeutics (Shanghai) Ltd., and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its filing of a voluntary dismissal without prejudice of the above captioned action.

1

This the 26th day of May 2023.

                                      WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Michael D. DeFrank
     Michael D. DeFrank
     (NC Bar No. 32235)
     4101 Lake Boone Trail, Suite 300
     Raleigh, North Carolina 27607
     Tel: (919) 781-4000
     Fax: (919) 781-4865
     mdefrank@wyrick.com
     *Attorney for Plaintiffs*